■ The People of the State of New York, Respondent, v Leonaldo Rivera, Appellant. [909 NYS2d 410]—Appeal by the de-

fendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Hinrichs, J.), imposed October 20, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Mastro, J.P., Balkin, Dickerson and Sgroi, JJ., concur.